UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CHRISTINE ROUSSEL,                                           :

                Plaintiff,           :        08 Civ. 3690 (GEL)

        - against -                                      :
                                              **Notice of Appearance**
WILLKIE FARR & GALLAGHER LONG TERM                           :
DISABILITY INCOME PLAN and CIGNA LIFE
INSURANCE COMPANY OF NEW YORK f/k/a INA                      :
LIFE INSURANCE COMPANY OF NEW YORK,

                Defendants.
------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendants Willkie Farr & Gallagher Long Term Disability Income Plan and CIGNA Life Insurance Company of New York.

    I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             May 5, 2008

                                                      Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                    By: _____
                                       Fred N. Knopf (FNK 4625)
                                       Emily A. Hayes (EH 5243)
                                       *Attorneys for the Defendants*
                                       3 Gannett Drive
                                       White Plains, New York 10604
                                       (914) 323-7000

1978888.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
Emily A. Hayes (EH 5243)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

1978888.1