USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CHRISTINE ROUSSEL,                              :

                           Plaintiff,                 :        08 Civ. 3690 (GEL)

                  - against -                            :
                                                                                    **Stipulation Extending Time to**
WILLKIE FARR & GALLAGHER LONG TERM     :                    **Answer**
DISABILITY INCOME PLAN and CIGNA LIFE
INSURANCE COMPANY OF NEW YORK f/k/a INA   :
LIFE INSURANCE COMPANY OF NEW YORK,

                          Defendants.
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendants, that the time for defendants to answer, make any motion in response to the Complaint or otherwise respond to the Complaint in the captioned action is extended to and including June 9, 2008.

IT IS FURTHER AGREED that the defendants waive any defenses relating to sufficiency of service.

IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.

Dated: White Plains, New York
         May 5, 2008

_____                          _____
Paul Kampfer (PK-9186)                                           Emily A. Hayes (EH-5243)
DeHaan Busse LLP                                                   Wilson Elser LLP
*Attorneys for Plaintiff*                                              *Attorneys for Defendants*
300 Rabro Drive – Suite 101                                    3 Gannett Drive
Hauppauge, New York 11788                                White Plains, New York 10604
(631) 582-1200                                                          (914) 323-7000

So Ordered
5/8/08

1978738.1