

JOHN W. DEHAAN
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER

STÉPHANE M. MONTAS
PAUL M. KAMPFER

SUZANNE BIDART, R.N.

May 12, 2008

**Via ECF and US Mail**
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

      *Re:*   *Christine Roussel v. Willkie Farr & Gallagher Long Term Disability Income Plan and CIGNA Life Insurance Company of New York f/k/a INA Life Insurance Company of New York*
            *Civil Action Number:   08 CIV 3690*

Dear Sir or Madam:

     Enclosed for filing, please find one the original Summons, and (1) original Affidavit of Service evidencing service of the Summons and Complaint upon Willkie Farr & Gallagher Long Term Disability Income Plan, in connection with the above referenced matter. We will be filing the Affidavit of Service for CIGNA Life Insurance Company of New York under separate cover.

     Should you require any additional information, please feel free to contact this office.

                              Very truly yours,
                              DEHAAN BUSSE LLP

                    By:   *John W. DeHaan, Esq.*

JWD/djw
Enclosure

JUDGE LYNCH

## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of __NEW YORK__

Christine Roussel,

                Plaintiff(s),         **SUMMONS IN A CIVIL CASE**

     - against -                 CASE NUMBER:

Willkie Farr & Gallagher Long Term Disability Income Plan and CIGNA Life Insurance Company of New York f/k/a INA Life Insurance Company of New York,

                Defendant(s).

'08 CIV 3690

TO: (name and address of defendants)
Willkie Farr & Gallagher Long Term Disability Income Plan
787 Seventh Avenue
New York, New York 10019

CIGNA Life Insurance Company of New York
f/k/a INA Life Insurance Company of New York
Two Liberty Place, TL 18A
Philadelphia, Pennsylvania 19192-2362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, (name and address)

**DeHAAN BUSSE LLP**
**300 Rabro Drive**
**Suite 101**
**Hauppauge, New York 11788**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 7 2008

J. MICHAEL McMAHON
CLERK

_____
(BY) DEPUTY CLERK

DATE

ORIGINAL

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>DeHaan Busse LLP |

CHRISTINE ROUSSEL,

                  Plaintiff,

         -against-

WILKIE FARR & GALLAGHER LONG TERM DISABILITY
INCOME PLAN, ET ANO,

                  Defendants

Case No. 08 CIV 3690

Date of Filing: 4/17/08
Judge: Lynch

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on April 17, 2008 at 3;41 p.m. at 787 Seventh Ave., New York, N.Y. 10019

Deponent served the within **Summons and Complaint in a Civil Case**

upon **WILKIE FARR & GALLAGHER LONG TERM DISABILITY INCOME PLAN**

**(Corporation)**
by delivering to and leaving a true copy of each with **HENRY KENNEDY ESQ. (Managing Attorney)** a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

**Deponent describes the individual served as follows:**

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown/gray | 62 | 5'8" | 170 |

**Other Identifying Features:** eyeglasses

(X) **The Index No. and Date of Filing were endorsed upon the documents so served.**

Sworn to before me on April 22, 2008

Michael Weiner
License No.1145455

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

Certified Lawyers Service

ORIGINAL