

**DeHaan • Busse** LLP

JOHN W. DeHAAN
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER

STÉPHANE M. MONTAS
PAUL M. KAMPFER

SUZANNE BIDART, R.N.

300 RABRO DRIVE • SUITE 101 • HAUPPAUGE, NEW YORK 11788 • (631)582-1200

May 12, 2008

**Via ECF and US Mail**
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

> Re:  *Christine Roussel v. Willkie Farr & Gallagher Long Term Disability Income*
> *Plan and CIGNA Life Insurance Company of New York f/k/a INA Life*
> *Insurance Company of New York*
> <u>*Civil Action Number:   08 CIV 3690*</u>

Dear Sir or Madam:

Enclosed for filing, please find one original Affidavit of Service evidencing service of the Summons and Complaint upon CIGNA Life Insurance Company of New York, in connection with the above referenced matter. We have filed the original Summons, and the Affidavit of Service for Willkie Farr & Gallagher Long Term Disability Income Plan under separate cover.

Should you require any additional information, please feel free to contact this office.

Very truly yours,
DEHAAN BUSSE LLP

By:
John W. DeHaan, Esq.

JWD/djw
Enclosure

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................................................

Christine Roussel

08 CIV 3690

against                                    Petitioner(s)

Wilkie Farr & Gallagher Long Term Disability Income Plan and
CIGNA Life Insurance Company of New York

Defendant(s)

..................................................................................................................

RE :  CIGNA Life Insurance Company of New York

Attorney for Petitioner(s) and Defendant  please take notice as follows:

Sirs :

Attorney for Petitioner(s) is hereby advised of acknowledgement of service upon me of
Summons and Complaint in the above entitled action on April 30, 2008 at New York,
New York. The $40 fee is also acknowledged.

Original to Attorney for Petitioner(s) :

DeHaan Busse LLP
Attorneys at Law
300 Rabro Drive, Suite 101
Hauppauge,  New York 11788

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby
notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

Michael A. James, Chief Counsel
CIGNA Life Insurance Company of New York
1601 Chestnut Street, TL21A
Philadelphia,  Pennsylvania 19192-2211

*Clark J. Williams*

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, May 01, 2008

431237        C.A.#191135

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

CHRISTINE ROUSSEL,

                          Plaintiff,

          – against –

WILLKIE FARR & GALLAGHER LONG TERM DISABILITY
INCOME PLAN AND CIGNA LIFE INSURANCE COMPANY
OF NEW YORK f/k/a INA LIFE INSURANCE COMPANY OF
NEW YORK,

                          Defendants.
————————————————————————X

**Civil Action No.:**  08 CV 3690

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                          ) ss.:
COUNTY OF SUFFOLK          )

          Deborah J. Washington, being duly sworn, deposes and says:

1.        I am not a party to the action, am over 18 years of age and reside in Holbrook, New York.

2.        On April 28, 2008 , I served the within Summons and Complaint on CIGNA Life Insurance Company of New York f/k/a INA Life Insurance Company of New York,  by mailing a copy via Certified Mail, Return Receipt Requested  to the address set forth after each name below,

NYS Insurance Department
Attn:  Office of General Counsel
25 Beaver Street
4th Floor
New York, New York 10004

DEBORAH J. WASHINGTON

Sworn to before me this
28th day of April, 2008

Notary Public

JOHN W. DEHAAN
Notary Public, State of New York
No. 02DE5044829
Qualified in Suffolk County
Commission Expires June 05, 2011