UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTINE ROUSSEL,                                          :

                         Plaintiff,      :     08 Civ. 3690 (GEL)

          - against -                               :

                                                  **Notice of Appearance**

WILLKIE FARR & GALLAGHER LONG TERM             :
DISABILITY INCOME PLAN and CIGNA LIFE
INSURANCE COMPANY OF NEW YORK f/k/a INA         :
LIFE INSURANCE COMPANY OF NEW YORK,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendants Willkie Farr &

Gallagher Long Term Disability Income Plan and CIGNA Life Insurance Company of

New York.

    I certify that I am admitted to practice in this Court.


Dated:    White Plains, New York
               June 6, 2008

                                            Respectfully submitted,

                                            WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                            DICKER LLP

                                          By: /s/ Fred N. Knopf
                                              Fred N. Knopf (FNK 4625)
                                              Emily A. Hayes (EH 5243)
                                              *Attorneys for the Defendants*
                                              3 Gannett Drive
                                              White Plains, New York 10604
                                              (914) 323-7000

2012133.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                s/Fred N. Knopf
                                                Fred N. Knopf (FNK 4625)
                                                3 Gannett Drive
                                                White Plains, New York 10604-3407
                                                        Phone (914) 323-7000
                                                Facsimile (914) 323-7001
                                                fred.knopf@wilsonelser.com