UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHRISTINE ROUSSEL,                              :

                Plaintiff,              :        08 Civ. 3690 (GEL)

      - against -                              :
                                                         **Rule 7.1 Disclosure Statement**

WILLKIE FARR & GALLAGHER LONG TERM              :
DISABILITY INCOME PLAN and CIGNA LIFE
INSURANCE COMPANY OF NEW YORK f/k/a INA         :
LIFE INSURANCE COMPANY OF NEW YORK,

                Defendants.
------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Cigna Life Insurance Company of New York certifies the following:

CIGNA Life Insurance Company of New York is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:    White Plains, New York
            June 6, 2008

                            WILSON, ELSER, MOSKOWITZ, EDELMAN &
                            DICKER LLP

                            By: _/s/ Emily A. Hayes_____
                                Fred N. Knopf
                                Emily A. Hayes
                                3 Gannett Drive
                                White Plains, New York 10604-3407
                                Phone (914) 323-7000
                                Facsimile (914) 323-7001

2012089.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*Emily A. Hayes*
Emily A. Hayes
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000, Ext. 4165
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

2

2012089.1